Flushing Traditional Acupuncture, P.C. as Assignee of HARRY BRENTON, Appellant,
against
Auto Club Insurance Association, AAA Michigan, Respondent.



Appeal from an order of the Civil Court of the City of New York, Kings County (Katherine A. Levine, J.), entered April 2, 2014. The order granted the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground of lack of insurance coverage.




ORDERED that the order is reversed, without costs, the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground of lack of insurance coverage is denied, and the matter is remitted to the Civil Court for a determination of the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground of lack of medical necessity for the services rendered.
For the reasons stated in Flushing Traditional Acupuncture, P.C., as Assignee of Harry Brenton v Auto Club Ins. Assn., AAA Michigan ( Misc 3d , 2016 NY Slip Op [appeal No. 2014-1266 K C], decided herewith), the order is reversed, the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground of lack of insurance coverage is denied, and the matter is remitted to the Civil Court for a determination of the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground of lack of medical necessity for the services rendered.
Pesce, P.J., Weston and Solomon, JJ., concur.
Decision Date: April 11, 2016